**IN RE REGISTRATION OF AN OHIO JUDGMENT: GARDNER V. TALLMADGE**

[365 N.C. 102 (2011)]

IN THE MATTER OF REGISTRATION OF AN OHIO JUDGMENT: MICHAEL J.
GARDNER v. BRUCE TALLMADGE D/B/A TALLMADGE HOLDING CO., LLC

No. 472A10

(Filed 8 April 2011)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 700 S.E.2d 755 (2010), reversing an order denying relief from foreign judgment entered on 26 October 2009 by Judge L. Todd Burke in Superior Court, Rockingham County. Heard in the Supreme Court 15 March 2011.

*John F. Kostyo, pro hac vice, and Gerald S. Schafer for plaintiff-appellant.*

*Robertson, Medlin & Bloss, PLLC, by John F. Bloss, for defendant-appellee.*

PER CURIAM.

AFFIRMED.